IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGINIA C. MILLENDER,
    Plaintiff,

v.                                       CASE NO.:  3:06cv205/RV/MD

THE CITY OF PENSACOLA, et al.,
    Defendants.
_____

**O R D E R**

    This cause is before the court upon the defendants' motion to compel (doc. 30). Before the court rules on this matter, the plaintiff shall be given the opportunity to respond.

    Accordingly, it is ORDERED:

    The plaintiff shall respond to the defendants' motion to compel **to this office** via U.S. Mail or facsimile (850-470-8148) on or before Friday, April 27, 2007 by 4:30 p.m. (C.S.T.)  The plaintiff shall also provide a copy of her response to counsel for all parties. **The original response shall be filed with the clerk.**

    DONE AND ORDERED this 18th day of April, 2007.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**