UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGINIA C. MILLENDER

    VS                                              CASE NO.   3:06cv205/RV/MD

THE CITY OF PENSACOLA, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   April 16, 2007
Type of Motion/Pleading: MOTION TO COMPEL
Filed by: DEFENDANTS     on 4/13/07     Document  30
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
PLAINTIFF                     on 4/27/07     Doc.# 34
                                      on              Doc.#
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/ Elizabeth Cooley*
                                      Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of May, 2007, that:

(a)   The requested relief is GRANTED.
(b)   Plaintiff shall respond fully to all discovery within ten (10) days, or risk having this action dismissed.

                                          /s/ *Miles Davis*

                                          MILES DAVIS
                                          UNITED STATES MAGISTRATE JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.