IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGINIA C. MILLENDER,
     Plaintiff,

vs.                                   CASE NO.: 3:06cv205/RV/MD

CITY OF PENSACOLA, et al.,
     Defendant.

_____

## STATUS CONFERENCE/HEARING ON MOTION TO DISMISS

       Defendants have filed a "Notice of Non-Compliance with Order to Show Cause" (doc. 40) within which they move for dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The basis for the defendants' motion is the pro se plaintiff's repeated non-compliance with procedural rules and orders of this court.  Upon review of the file, it appears that a hearing on this motion is warranted before the court enters its ruling.

       Accordingly, it is ORDERED:

       This cause is hereby set for a hearing at 10:00 a.m. on Thursday August 2, 2007 in Courtroom 3 North, United States Courthouse, One North Palafox Street, Pensacola, Florida before the undersigned.

       DONE AND ORDERED this 10th day of July, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**